## MICHAELA I. ALEXANDRU *v.* GLENN W. DOWD

The plaintiff's petition for certification for appeal from the Appellate Court, 79 Conn. App. 434 (AC 22938), is denied.

VERTEFEUILLE, J., did not participate in the consideration or decision of this petition.

*Michaela I. Alexandru*, pro se, in support of the petition.

*Francis H. Morrison III*, in opposition.

Decided November 4, 2003

## EMIL SORBAN *v.* STERLING ENGINEERING CORPORATION

The plaintiff's petition for certification for appeal from the Appellate Court, 79 Conn. App. 444 (AC 23146), is denied.

*John L. Bonee III*, in support of the petition.

*Anne Kelly Zovas*, in opposition.

Decided November 4, 2003